IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

JACQUELINE D. BLY,

    Debtor

Case No. BK-15-14357-SAH
Chapter 7

## AMENDED DEBTORS RESPONSE TO CREDITOR, U.S. BANK NATIONAL ASSOCIATION'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY AND BRIEF IN SUPPORT THEREOF AND NOTICE OF OPPORTUNITY FOR HEARING AND RESPONSE BRIEF IN SUPPORT

**COMES NOW**, Debtor, Jacqueline D. Bly, by and through her attorney of record, Raymond A. Vincent, of Pool & Vincent, and hereby responds to Creditor, U.S. Bank National Association's Motion for Relief from Automatic Stay and Abandonment of Property and Brief in Support Thereof and Notice of Opportunity for Hearing. Debtor responds as follows:

Any allegation not specifically admitted to herein is denied.

1. Admit
2. Admit
3. Denied
4. Denied. Debtor has entered into a payment arrangement with Creditor.
5. Denied
6. Denied

### RESPONSE BRIEF IN SUPPORT

Creditor's Motion alleges that Debtor has fallen in arrears on her mortgage, and that no such mortgage payment has been made by Debtor since on or about October 1, 2015. Creditor reports that payments are due and owing from Debtor for the months of November, 2015, December 2015, January 2016, and February 2016. It is Debtor's understanding, however, that she has entered into a payment arrangement with Creditor, and Debtor made a payment for same in the amount of

$856.56 on the 1st of March, 2016. (See attached email from payment center for Creditor dated March 1, 2016.) Additionally, on or about the 18th day of February, 2016; five (5) days preceding Creditor filing its motion, Debtor made an escrow payment in the amount of $264.43. (See attached copy of Money Order Receipt dated February 18, 2016.)

**WHEREFORE**, above premises considered, Debtor respectfully requests that this Court deny Creditors motion, and to any such further relief that this Court deems equitable and just.

**Respectfully submitted,**

/s/**Raymond A. Vincent**
Raymond A. Vincent, OBA # 7716
**Pool & Vincent**
430 NW 11th Street
Oklahoma City, OK 73103
405.235.0484 Telephone
405.236.3689 Facsimile
Pbv120@coxinet.net

### NOTICE OF HEARING ON CREDITOR, U.S. BANK NATIONAL'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY AND BRIEF IN SUPPORT THEREOF AND NOTICE OF OPPORTUNITY FOR HEARING

You are notified that a hearing on Creditor, U.S. Bank National's Motion for Relief from Automatic Stay and Abandonment of Property and Brief in Support thereof and Notice of Opportunity for Hearing has been set for the 23rd day of March, 2016 at 9:30 o'clock a.m. in the courtroom of the Honorable Judge Sarah Hall at 215 Dean A. McGee Ave, 9th Floor, Oklahoma City, OK 73102.

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March, 2016, Debtor's Response was electronically filed with the Court using the ECF System for Filing. Based on the records currently on file, the Clerk will transmit a notice of electronic filing to the following:

Robert A. Brown    Trustee

I further certify that on the 14th day of March, 2016, I served the attached document by first class mail, postage pre-paid thereon to the following parties to wit:

Jacqueline D. Bly
1148 MW 85th Street
Oklahoma City, OK 73114

and

Matrix

/s/Raymond A. Vincent
Raymond A. Vincent

CITI
PO BOX 6497
SIOUX FALLS SD 57117


COMMUNICATION FCU
4141 NW EXPRESSWAY ST STE 200
OKLAHOMA CITY OK 73116


FAA CREDIT UNION
10201 S WESTERN AVENUE
OKLAHOMA CITY OK 73139


FAA CREDIT UNION
10201 S. WESTEN AVENUE
OKLAHOMA CITY OK 73139


FAA CREDIT UNION
10201 S. WESERN AVENUE
OKLAHOMA CITY OK 73139


HFC
PO BOX 9068
BRANDON FL 33509


INTERNAL REVENUE SERVICE
55 N. ROBINSON
OKLAHOMA CITY OK 73102


MATHIS BROTHERS
3434 W. RENO
OKLAHOMA CITY OK 73137


MIDLAND FUNDING
2365 NORTHSIDE DR. STE 30
SAN DIEGO CA 92108

MIDLAND FUNDING LLC
C/O LOVE BEAL & NIXON
PO BOX 32738
OKLAHOMA CITY OK 73123


NATIONAL CTRS FOR PAIN MANAGEMENT & RESE
860 MONTCLAIR ROAD, SUITE 756
BIRMINGHAM AL 35213


NCEP, LLC
C/O LOVE BEAL & NIXON
PO BOX 32738
OKLAHOMA CITY OK 73123


OCWEN LOAN SERVICING
12650 INGENUITY DR.
ORLANDO FL 32826


OCWN LOAN SERVICING L
3451 HAMMOND AVENUE
WATERLOO IA 50702


OKLAHOMA TAX COMMISSION
PO BOX 26890
OKLAHOMA CITY OK 73126-0890


PORTFOLIO RECOVERY ASS
120 CORPORATE BLVD STE 1
NORFOLK VA 23502


PORTOFOLIO RECOVERY ASSOCIATES, LLC
PO BOX 12914
NORFOLK VA 23541


SNYBC/HOME DESIGN OUTDOOR LIVING
C/O PO BOX 965036
ORLANDO FL 32896

SNYCB/LINEN N THINGS
PO BOX 965005
ORLANDO FL 32896


SYNCB/LOWES
PO BOX 965005
ORLANDO FL 32896


TINKER FEDERAL CREDIT UNION
PO OX 45750
OKLAHOMA CITY OK 73145