**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

IN RE:

JACQUELINE D. BLY,

    DEBTOR.

Case No.: BK-15-14357-SAH
Chapter 7

## NOTICE OF HEARING

COMES NOW, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-KS5, ("Movant") and notifies the Court that the parties have agreed to treat the hearing on Movant's Motion for Relief from Automatic Stay and Abandonment of Property (Docket #15) and Debtor's Response (Docket #16) scheduled for March 23, 2016 at 9:30 a.m. as a preliminary hearing pursuant to 11 U.S.C. § 362. The final hearing on Movant's Motion for Relief from Automatic Stay and Abandonment of Property and Debtor's objection shall be heard on April 20, 2016 at 9:30 a.m.

        U.S. BANK NATIONAL ASSOCIATION,
        AS TRUSTEE FOR RESIDENTIAL ASSET
        SECURITIES CORPORATION, HOME
        EQUITY MORTGAGE ASSET-BACKED
        PASS-THROUGH CERTIFICATES SERIES
        2006-KS5

By:    s/ Jim Timberlake
        JIM TIMBERLAKE - #14945
        Baer Timberlake, P.C.
        4200 Perimeter Center, Suite 100
        Oklahoma City, OK 73102
        Telephone: (405) 842-7722
        Fax: (918) 491-5424

## **CERTIFICATE OF SERVICE**

  I hereby certify that I mailed a true and correct copy of the above and foregoing Notice with postage thereon fully prepaid to all parties claiming an interest in the subject property as listed below, on March 22, 2016.

Jacqueline D. Bly
1148 NW 85th Street
Oklahoma City, OK  73114

  The following persons should have received notice of the above and foregoing instrument on the same day it was filed by the Court's CM/ECF Electronic Noticing System.

Robert A Brown
123 West 7th, Suite 102
Stillwater, OK  74074

Raymond A Vincent
430 N.W. 11th Street
Oklahoma City, OK  73103


          By:  s/ Jim Timberlake
             JIM TIMBERLAKE - #14945
             Baer Timberlake, P.C.
             4200 Perimeter Center, Suite 100
             Oklahoma City, OK 73102
             Telephone: (405) 842-7722
             Fax: (918) 491-5424